| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE COUNTY SUPERIOR/CIRCUIT CRT |
| | )SS: | |
| COUNTY OF LAKE | ) | CAUSE NO.: |

| | |
|---|---|
| LAWRENCE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PENN SPORTS INTERACTIVE, LLC and | ) |
| AMERISTAR CASINO EAST CHICAGO, LLC, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

NOW COMES the Plaintiff, Lawrence Adams ("Plaintiff"), by and through his attorneys, THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and in his complaint against the Defendants, PENN SPORTS INTERACTIVE, LLC ("Penn Sports") and AMERISTAR CASINO EAST CHICAGO, LLC ("Ameristar"), collectively ("Defendants"), states as follows:

1. Plaintiff was at all times relevant to this Complaint a resident of the City of Chicago, County of Cook, State of Illinois.

2. Defendant Penn Sports was at all times pertinent to this Complaint a limited liability company with its principal office located at 825 Berkshire Blvd, Wyomissing, PA 19610 and at all times pertinent transacting business in the State of Indiana.

3. Defendant Ameristar was at all times relevant to this Complaint a Limited Liability Company with its principal office located at 3980 Howard Hughes Pkwy, Las Vegas, NV 89169 and at all times pertinent transacting business in the State of Indiana.

4. At all times pertinent, Defendants and/or its subsidiaries, owned, operated, controlled, possessed and/or maintained Ameristar Casino Hotel East Chicago, located at 777

Aldis Avenue, East Chicago, Lake County, Indiana 46312, (the "Premises").

5. On or about December 01, 2021, Plaintiff was a business invitee and lawfully on the Premises when he was injured after a wall collapsed, causing injuries.

6. Said premises were owned, operated, controlled, possessed and/or maintained by Defendants and/or its subsidiaries.

7. At all times pertinent, Plaintiff was exercising reasonable care for his safety and was free from contributory negligence.

8. The above-described incident was the proximate result of the concurrent carelessness and negligence of Defendants.

9. At all times pertinent, it was the duty of Defendants, its agents and/or employees, to maintain its premises in a reasonably safe manner, free from hazards and dangerous conditions, of which it knew, or should have known in the exercise of reasonable care.

10. Defendants breached this duty and were negligent in one or more of the following ways:

    a. Failing to provide a good, safe and proper place for the Plaintiff to be, use, or occupy, while lawfully on the subject premises;

    b. Carelessly and negligently operating, managing, maintaining, inspecting, and controlling the premises over which it controlled;

    c. Failing to maintain the premises in a reasonably safe condition;

    d. Failing to properly warn customers, including the Plaintiff, of the dangerous condition when Defendant knew, or should have known in the exercise of reasonable care, that such warnings were necessary to ensure the safety of Plaintiff and others on the premises;

  e. Failing to follow its policies and procedures for inspecting, maintaining, removing, replacing, and/or fixing hazard defects on the premises;

  f. Was otherwise careless and/or negligent.

11. As a result of the concurrent carelessness and negligence of Defendants, its agents and/or employees, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, Lawrence Adams, respectfully prays that judgment be entered in his favor and against the Defendants PENN SPORTS INTERACTIVE, LLC and AMERISTAR CASINO EAST CHICAGO, LLC, that damages be awarded in an amount to be proven at trial, plus costs of bringing the present action, and all other relief, just and proper in the premises.

            Respectfully submitted,

            _____
            Mandy Grace, #36475-49
            *Attorney for Plaintiff*

            _____

McCready, Garcia & Leet, P.C.    Michael P. McCready, #21195-45
10008 S. Western Ave.       *Attorney for Plaintiff*
Chicago, IL 60643
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com

## JURY DEMAND

Plaintiff hereby demands trial by jury on all claims.

Respectfully submitted,

/s/ Mandy Grace
Mandy Grace, #36475-49
*Attorney for Plaintiff*

/s/ Michael P. McCready
Michael P. McCready, #21195-45
*Attorney for Plaintiff*

McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com